**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DENNIS SANT and KATHLEEN SANT,
                Plaintiffs,

-against-

WILLIS STEPHENS and TOWN OF SOUTHEAST, PUTNAM COUNTY, STATE OF NEW YORK,
                Defendants.

-----------------------------------------------------------X

18 CIVIL 9954 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 12, 2019, Defendants' motion to dismiss is granted; the federal claims (claims one through sixteen) are dismissed with prejudice, and the state law claims (claims seventeen and eighteen, and claim nine to the extend it was intended as a state-law-claim) are dismissed without prejudice; judgment is entered for Defendants, and the case is closed.

**Dated:** New York, New York
       November 13, 2019

RUBY J. KRAJICK
Clerk of Court

BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019